# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00229-JPB-RDC
### USA v. Gudino-Amezcua et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 02/11/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:45 A.M.     TAPE NUMBER: Zoom
TIME IN COURT: 00:45     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Royce Cobb NOT Present at proceedings |
| | [4]Adan Macedo-Rios NOT Present at proceedings |
| | [13]Ernest Mordeau Deas NOT Present at proceedings |
| | [15]James Vereen NOT Present at proceedings |
| | [19]Leticia Evans Dunn NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Leticia Evans Dunn |
| | Steven Berne representing Ernest Mordeau Deas |
| | John DeGenova representing USA |
| | Eileen Moorman representing Adan Macedo-Rios |
| | Rebeca Ojeda representing USA |
| | Molly Parmer representing Royce Cobb |
| | Katryna Spearman representing James Vereen |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#4-[187]Motion to Sever Defendant TAKEN UNDER ADVISEMENT |
| | DFT#4-[188]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT |
| | DFT#4-[189]Motion to Reveal the Deal TAKEN UNDER ADVISEMENT |
| | DFT#4-[190]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| | DFT#4-[191]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| | DFT#4-[192]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| | DFT#4-[194]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| | DFT#4-[195]Motion for Discovery TAKEN UNDER ADVISEMENT |

DFT#13-[454]Motion for Disclosure of Confidential Informants TAKEN UNDER ADVISEMENT
DFT#15-[538]Motion for Miscellaneous Relief TAKEN UNDER ADVISEMENT
DFT#19-[482]Motion to Suppress Evidence WITHDRAWN
DFT#19-[545]Motion to Adopt TAKEN UNDER ADVISEMENT

| | |
|---|---|
| MINUTE TEXT: | Pretrial Conference held. Discovery has been provided. The Government's response to Defendant Deas's Motion to Adopt, (Doc. 548), Motion to Suppress Evidence, (Doc. 549), and Motion to Suppress Evidence, (Doc. 550), shall be due on or before March 28, 2025. Defendant Deas's reply shall be due no later than April 18, 2025. The Government's response to Defendant Vereen's Motion to Suppress Evidence, (Doc. 491), shall be due on or before March 21, 2025. Defendant Vereen's reply shall be due no later than April 4, 2025. |
| HEARING STATUS: | Hearing Concluded |